# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAELA SCOTT,<br>    Plaintiff,<br>v.<br>GC SERVICES, L.P.,<br>    Defendant. | Case No. 15-cv-04279-BLF<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

Before the Court is Plaintiff's Notice of Settlement, which informs the Court that the parties anticipate filing a Stipulation of Dismissal with Prejudice in 60 days. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to submit the Stipulation or a status update by April 26, 2016.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge